# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:08 MJ 272

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs.  ) | **ORDER** |
| ) | |
| **EDWARD LAMAR GRIER, JR.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the motion of the United States of America to dismiss the Complaint without prejudice. The motion represents that the Defendant does not oppose the motion, or that the motion be granted without prejudice.

It is hereby ordered that the motion be **GRANTED** and the Complaint be dismissed without prejudice.

**SO ORDERED** .

Signed: May 21, 2009

David S. Cayer
United States Magistrate Judge